TREG R. TAYLOR
ATTORNEY GENERAL
Lael A. Harrison (Alaska Bar No. 0811093)
Assistant Attorney General
Ronald W. Opsahl (Alaska Bar No. 2108081)
Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5275
Facsimile: (907) 465-2539
Email: *lael.harrison@alaska.gov*
      *ron.opsahl@alaska.gov*

Attorneys for the State of Alaska

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: 3:18-cv-00265-HRH |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, the State of Alaska ("the State") respectfully moves for summary judgment in the above-captioned matter. Specifically, the State requests this Court issue an order finding that the North Fork of the Fortymile River from its headwaters at the confluence of Slate Creek and Independence Creek to a point 0.3 river miles downstream of its confluence with Champion Creek was navigable-in-fact at the time of Alaska's statehood, and therefore was conveyed to the State by operation of

law under the Equal Footing Doctrine of the United States Constitution, the Submerged Lands Act, and the Alaska Statehood Act.[1] The United States has denied the navigability of this stretch of river, clouding the rights and title of the State. In this action, the State seeks to remove that cloud.

There is no genuine dispute as to any material fact regarding the navigability of this stretch of river, and the State is entitled to judgment as a matter of law. Should this Court determine that any disputes of material fact preclude a complete grant of summary judgment, the State respectfully requests that this Court enter an order firmly establishing the legal standards governing the remainder of this matter and specifically identifying the factual disputes remaining for trial.

This motion is supported by a memorandum of points and authorities filed concurrently.

DATED August 30, 2022.

TREG R. TAYLOR
ATTORNEY GENERAL

/s/ Lael A. Harrison
Lael A. Harrison (Alaska Bar No. 0811093)
Ronald W. Opsahl (Alaska Bar No. 2108081)
Assistant Attorneys General
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5232
Email: *lael.harrison@alaska.gov*
    *ron.opsahl@alaska.gov*

Attorneys for State of Alaska

---

[1] The United States has previously disclaimed the remainder of the North Fork to Alaska. United States' Quiet Title Act Disclaimer ("Disclaimer") at Docket 48 and Exhibit 4.

*State of Alaska v. United States*  Civil Action No. 3:18-cv-00265-HRH
Plaintiff's Motion for Summary Judgment  Page 2 of 3
Case 3:18-cv-00265-HRH   Document 51   Filed 08/30/22   Page 2 of 3

# CERTIFICATE OF SERVICE

I certify that on **August 30, 2022**, the foregoing documents was served electronically on all parties listed on the CM/ECF system.

>   */s/ Leilani J. Tufaga*
>   Law Office Assistant III

*State of Alaska v. United States*　　　　　　　　　　　Civil Action No. 3:18-cv-00265-HRH
Plaintiff's Motion for Summary Judgment　　　　　　　　　　　　　　　　Page 3 of 3
Case 3:18-cv-00265-HRH   Document 51   Filed 08/30/22   Page 3 of 3