ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

DUSTIN J. WEISMAN
MICHAEL K. ROBERTSON
150 M Street, N.E.
Washington, DC 20004
Telephone: (202) 305-9609
Fax: (202) 305-0506
Email: dustin.weisman@usdoj.gov
Email: michael.robertson@usdoj.gov

*Counsel for the United States of America*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br>   Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>   Defendant. | Civil Action No.: 3:18-cv-00265-SLG<br><br>**MOTION TO STRIKE PLAINTIFF'S FILING (Dkt. 121)** |

Defendant the United States of America moves the Court to strike Plaintiff State of Alaska's January 27, 2026, filing titled "States' [sic] Response to Objections to Bill of Costs and Motion to Determine Prevailing Party for Purposes of Costs." *See* Dkt. 119. The filing is improper because it is not contemplated by Local Rule (L.R.) 54.1 and because Plaintiff did not seek or receive the Court's leave to submit such a filing.

L.R. 54.1 sets out the Court's process for taxation of costs. First, a bill of costs must be "filed and served no later than 14 days after entry of judgment." L.R. 54.1(a). Plaintiff

accomplished this by filing its bill of costs on January 14, 2026.  *See* Dkt. 119.  Next, "[o]bjections must be filed and served within 7 days of filing the bill of costs," which Defendant accomplished on January 21, 2026.  L.R. 54.1(c); *see* Dkt. 120.  Following Defendant's objections, the clerk will decide the bill of costs and "[a] party disagreeing with the Clerk's decision must file a motion seeking review by the court within 7 days of the decision."  L.R. 54.1(d).

Plaintiff's filing distorts the Court's process by interjecting what amounts to a reply brief and seeks to litigate the bill of costs before the clerk has even decided it.  For example, Plaintiff asserts that Defendant did not "provid[e] an argument as to why the *Mosquito Fork* case should not apply to this matter" but Plaintiff fails to recognize that at this stage Defendant need only to provide its *objections* and not its full *argument*.  If the clerk grants the bill of costs, Defendant may then make its argument to the Court, by motion, and Plaintiff will have an opportunity to respond.  *See* L.R. 54.1(d).  Similarly, if the clerk denies the bill of costs, Plaintiff may file a motion and make its argument to the Court.  *Id*.

In sum, Plaintiff's filing is improper and premature.  It should be stricken from the record.  The Clerk should be permitted to make its decision on Plaintiff's bill of costs.  Afterward, if either side seeks review of that decision before the Court, Plaintiff can make its argument in the course of that briefing.

Respectfully submitted, January 27, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*State of Alaska v. United States*　　　　　　　　　　　Civil Action No. 3:18-cv-00265-SLG
Motion to Strike　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 3
Case 3:18-cv-00265-SLG　　　Document 122　　　Filed 01/27/26　　　Page 2 of 3

*/s/ Dustin J. Weisman*
Dustin J. Weisman
Michael K. Robertson
150 M Street, N.E.
Washington, DC 20004
Telephone: (202) 305-9609
Fax: (202) 305-0506
Email: dustin.weisman@usdoj.gov
Email: michael.robertson@usdoj.gov

*Counsel for the United States of America*

*State of Alaska v. United States*  Civil Action No. 3:18-cv-00265-SLG
Motion to Strike  Page 3 of 3
Case 3:18-cv-00265-SLG   Document 122   Filed 01/27/26   Page 3 of 3