# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:18-cv-00265-SLG |

### ORDER ON BILL OF COSTS

On December 31, 2025, the Court confirmed two Quiet Title Act disclaimers that had been filed by the United States of America ("Defendant"), whereby Defendant disclaimed any interest adverse to the claims of the State of Alaska ("Plaintiff"), to submerged lands along the disputed reach of the Middle and North Forks of the Fortymile River, as more fully described in the Quiet Title Act disclaimers.[1] The Court entered final judgment that same day and the case was closed.[2]

On January 14, 2026, Plaintiff filed a Bill of Costs, seeking $17,034 in costs. Defendant filed an Objection to Plaintiff's Bill of Costs at Docket 120. Defendant did not raise any objection with respect to the amount of costs sought; rather,

---

[1] Docket 48; Docket 115; Docket 117.

[2] Docket 118.

Defendant asserts that "Plaintiff is not a prevailing party and therefore is not entitled to an award of costs."[3]

The State responded to Defendant's objections at Docket 123.[4] In that same filing, Plaintiff also included a Motion to Determine Prevailing Party for Purposes of Costs.

At Docket 122, Defendant filed a Motion to Strike Plaintiff's Filing at Docket 12[3]. Plaintiff responded in opposition at Docket 124, to which Defendant replied at Docket 125.

Consistent with prior decisions in this district, the Court finds that the State is the prevailing party in this quiet title action.[5] Further, it appears that Defendant does not object to the specific costs the State seeks. Therefore, the Clerk of Court is directed to award costs to the State as required and issue an amended judgment accordingly.

The Motion to Determine Prevailing Party for Purposes of Costs at Docket 123 and the Motion to Strike that motion at Docket 122 are both denied as moot.[6]

---

[3] Docket 120 at 1.

[4] The Court considers Plaintiff's filing at Docket 123, which corrected Plaintiff's filing at Docket 121 by attaching a proposed order.

[5] Case No. 3:17-cv-00090-HRH, Order—Motion to Determine Prevailing Party (Docket 23) (D. Alaska November 17, 2017); Case No. 3:15-cv-00226-RRB, Order Granting Prevailing Party Status (Docket 38) (D. Alaska July 26, 2016); 3:12-cv-00114-SLG, Order re Attorney's Fees (Docket 103 at 8) (D. Alaska May 3, 2016).

[6] The Court acknowledges that the District of Alaska's Local Civil Rule 54.1 does not provide a clear mechanism for a party to object to prevailing party status when a cost bill is filed; rather, the objections contemplated by that rule and more typically presented relate to the amount of costs

Case No. 3:22-cv-00265, *SOA v. USA*
Order on Bill of Costs
Page 2 of 3
Case 3:18-cv-00265-SLG    Document 126    Filed 02/17/26    Page 2 of 3

IT IS SO ORDERED this 17th day of February, 2026, at Anchorage, Alaska.

                                            */s/ Sharon L. Gleason*
                                            UNITED STATES DISTRICT JUDGE

---

being sought.

Case No. 3:22-cv-00265, *SOA v. USA*
Order on Bill of Costs
Page 3 of 3

Case 3:18-cv-00265-SLG     Document 126     Filed 02/17/26     Page 3 of 3